UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Darren Kegler
8:09-cr-00542-VMC-ATGW

| | |
|---|---|
| **Date**: June 17, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:22 PM – 2:28 PM \|  Total: 6 mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Courtney Derry, AUSA | Regine Etienne, AFPD |

| Initial Appearance/Violation of Supervised Release Hearing |
|---|

Defendant present with counsel.

Arrest Date: 06/16/2026

Defendant advised of rights, charges, and penalties.

Oral motion for counsel by defendant. Court reviews financial affidavit and determines that Defendant qualifies for the appointment of counsel. AFPD appointed.

Proceedings conducted pursuant to Rule 32.1

Preliminary hearing waived.

Government seeks detention as to Defendant.

Defendant reserves on release.

Court orders Defendant detained pending further order of the Court.

Defendant remanded to the custody of the USMS.

Due process order given.

Court in recess.