UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:09-cr-542-VMC-TGW

DARREN KEGLER

_____/

## **ORDER**

The Defendant is accused of violating the terms of his Supervised Release by committing new law violations trafficking in large quantities of  cocaine. Doc. 90. The Government moved to detain the Defendant pending the outcome of his final revocation hearing. I held a hearing on the motion.

The Defendant had the burden of establishing by clear and convincing evidence that conditions of release could reasonably assure his appearance at future court proceedings and the safety of the community. *See* Fed. R. Crim. P. 32.1(a)(6). He did not contest his detention. For the reasons stated on the record, and after considering the factors in 18 U.S.C. § 3142(g), I find the Defendant failed to carry his burden to demonstrate he is entitled to release.

Therefore, it is hereby **ORDERED** that Defendant be **DETAINED**.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity

for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the

Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on June 17, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service