UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:09-cr-00542-VMC-TGW

DARREN KEGLER

_____/

**REPORT ON INITIAL APPEARANCE
FOR VIOLATION OF SUPERVISED RELEASE**

The Probation Office alleges that the Defendant violated the conditions of his supervised release by trafficking in large amounts of cocaine. Doc. 90. The Defendant waived his right to a preliminary hearing. The Defendant was then offered a Bail Reform Act hearing. The government moved to detain the Defendant and the Defendant reserved on the matter of release.

Following the hearing, and after considering the factors in 18 U.S.C. § 3142(g), the Court found that the Defendant failed to demonstrate his entitlement to release pending his final revocation hearing. *See* Fed. R. Crim. P. 32.1(a)(6).

It is therefore ordered that:

1. The Clerk of the Court shall schedule the final revocation hearing before the Honorable Virgina M. Hernandez Covington.

2. Pending the final hearing, the Defendant shall be placed on home detention, shall be prohibited from driving, and shall be placed on location monitoring in a manner to be determined by the United States Probation Office.

3. All other conditions of his supervised release shall remain in place, pending further proceedings.

4. The Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation hearing, as well as any exculpatory evidence pursuant to *Brady v. Maryland* and its progeny, at least five days prior to the final hearing.

**ORDERED** in Tampa, Florida, on June 17, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

2