AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

Middle District of Florida

United States of America
v.

Darren Kegler
*Defendant*

)
)
)
)
)
)
)

Case No. 8:09-cr-542-VMC-TGW

RECEIVED U.S. MARSHAL
2026 JUN 17 PM 3:48

JUN 17 2026 PM2:47
FILED USDC - FLMD - TPA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Darren Kegler                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☒ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date:   6/11/26

City and state:   Tampa, Florida

*Issuing officer's signature*  Lisa Silvia

Megan A. Mann, Clerk of Court
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 6/16/26 , and the person was arrested on *(date)* 6/16/26 at *(city and state)* Tampa, FL . | | |

Date: _____

*Arresting officer's signature*

J. P. Kinsey  DUSM
*Printed name and title*