**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                        **Case No: 8:09-CR-542-VMC-TGW**

**DARREN KEGLER**

_____/

**NOTICE OF APPEARANCE AND**
**SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to

represent the Defendant, **DARREN KEGLER**, in the above-styled cause.

The Clerk is requested to enter the appearance of **STEPHEN CONSUEGRA**,

Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of **REGINE ETIENNE**, Assistant

Federal Defender, as notice counsel for the Defendant.

DATED this 22nd day of June 2026.

CHARLES PRITCHARD. JR.
FEDERAL DEFENDER

***/s/ Stephen Consuegra***
Florida Bar No. 105816
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of June 2026, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Courtney Derry, AUSA

<u>*/s/ Stephen Consuegra*</u>
Assistant Federal Defender