**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:09-cr-542-VMC-TGW**

**DARREN KEGLER**
**__________________________________/**

# DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING

The Defendant, Darren Kegler, pursuant to Fed. R. Crim. P. 12 and Local Rule 3.08, moves unopposed for a 1-month continuance of the final revocation hearing currently scheduled for September 3, 2026, at 11:00 a.m. In support of this motion, Mr. Kegler states as follows:

1. On June 17, 2026, Mr. Kegler made his initial appearance on a petition for violation of supervised release conditions; he was appointed counsel and ordered detained. Docs. 97 and 98.

2. On June 22, 2026, undersigned counsel entered his appearance. Doc. 101.

3. On June 22, 2026, the Court scheduled a final revocation hearing on July 7, 2026, at 2:00 p.m. before the Honorable Virginia M. Hernandez Covington. Doc. 102.

4. On July 1, 2026, a superseding petition was filed against Mr. Kegler, adding a violation for alleged new criminal conduct.

5. On July 2, 2026, the Court granted Mr. Kegler's first unopposed motion to continue and rescheduled the Final Revocation Hearing on September 3, 2026. Doc. 109.

6. Undersigned counsel needs additional time to review the petition, to received and review discovery, and to advise Mr. Kegler whether to take this matter to a hearing or to admit to the allegation in the superseding petition.

7. On August 26, 2026, counsel and AUSA Courtney Derry conferred via email to discuss counsel's request for a one-month continuance, and Ms. Derry is unopposed to the requested relief.

8. This is Mr. Kegler's second unopposed motion to continue the final revocation hearing.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Counsel has presented good cause for the granting of the requested continuance. Additionally, the failure to grant this continuance would deny defense counsel the reasonable time necessary for effective preparation for a final revocation hearing and to engage in plea negotiations, considering the exercise of due diligence. *See* Fed. R. Crim. P. 32.1.

A one-month continuance would provide counsel for Mr. Kegler with an opportunity to receive and review discovery, to prepare for a final revocation hearing (if it's ultimately contested), and to work towards a negotiated resolution in this case.

WHEREFORE, Mr. Kegler respectfully requests that this Court grant his unopposed motion to continue the final revocation hearing for one month.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Stephen Consuegra*
Assistant Federal Public Defender
Florida Bar No. 105816
400 N Tampa St, Suite 2700
Tampa, FL 33602
Phone: (813) 228-2715
Fax: (813) 228-2562
E-mail: stephen_consuegra@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following: AUSA Courtney Derry.

*/s/ Stephen Consuegra*
Assistant Federal Public Defender