UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, Case No. 8:09-cr-00542-VMC

Plaintiff, ☐
Government ☒

☒ Evidentiary
☐ Trial
☐ Other

v.

DARREN KEGLER

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | Detective Dominique King | 1 CD containing 34 photographs |
| | | | | |