UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| CASE NO.: | 8:09-cr-542-VMC-TGW | DATE: | November 23, 2026 |
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | | INTERPRETER: | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DARREN KEGLER** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL<br>Courtney Derry, AUSA | |
| | | DEFENSE COUNSEL<br>Stephen Consuegra, AFPD | |
| COURT REPORTER: Lainey Fergueson | | DEPUTY CLERK: | Derek Young |
| TIME: 2:30 PM -2:51 PM<br>3:10 PM -4:45 PM | TOTAL:<br>1 hour 56 mins | PROBATION: | Theresa Maisano |
| | | COURTROOM: | 14B |

**FINAL REVOCATION HEARING–VIOLATION OF SUPERVISED RELEASE**

Counsel present and identified for the record.

The petition (Doc.103) alleges 4 violations. The defendant denies all 4 allegations.

Government Witness 1: USPO Theresa Maisano
Direct examination: Courtney Derry
Cross examination: Stephen Consuegra

Government Witness 2: Ronald Collins
Direct examination: Courtney Derry
Cross examination: Stephen Consuegra
Redirect examination: Courtney Derry

Government Witness 3: Dominque King
Direct examination: Stephen Consuegra
Cross examination: Stephen Consuegra

The court finds the defendant guilty of the 4 violations alleged and adjudges the defendant guilty of each of the violations.

The defendant’s current term of supervised release is **REVOKED**.

Imprisonment: **36 MONTHS**

**The terms of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed or yet to be imposed in any future sentence in**

**Orange County Circuit Court Case 2026-CF-6370.**

Supervised Release: NO NEW TERM IMPOSED

The defendant is remanded to the custody of the US Marshal to await designation by the Bureau of Prisons.

Due to the defendants medical condition the Court recommends housing the defendant at FMC Butner.

The defendant is advised of his right to appeal and of his right to counsel on appeal.