**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** — **Case Number: 8:09-cr-542-VMC-TGW**

**v.** — **USM Number: 19933-018**

**DARREN KEGLER** — **Stephen Consuegra, AFPD**

# JUDGMENT IN A CRIMINAL CASE
## For Revocation of Supervised Release

The defendant was found guilty as to violation charge numbers One through Four of the terms of Supervised Release. Accordingly, the Court has adjudicated that the defendant is guilty of the following violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Trafficking in Cocaine, occurring on or about April 16, 2026, while on supervision in violation of the mandatory conditions of supervision (Grade A Violation) | On or about April 16, 2026 |
| Two | New criminal conduct, Trafficking in Cocaine, occurring on or about April 16, 2026, while on supervision in violation of the mandatory conditions of supervision (Grade A Violation) | On or about April 16, 2026 |
| Three | New criminal conduct, Trafficking in Cocaine, occurring on or about April 16, 2026, while on supervision in violation of the mandatory conditions of supervision (Grade A Violation) | On or about April 16, 2026 |
| Four | New criminal conduct, Conspiracy to Traffic in Cocaine, 400 Grams or More, beginning on or about October 16, 2025, and continuing through on or about April 21, 2026, while on supervision in violation of the mandatory conditions of supervision (Grade A Violation) | April 21, 2026 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Derrick Abernathy**
8:24-cr-545-VMC-AEP

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 23, 2026



VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Signed: November 24, 2026

## IMPRISONMENT

The defendant's current term of supervised release is **REVOKED**, and he is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **36 MONTHS. The terms of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed or yet to be imposed in any future sentence in Orange County Circuit Court Case 2026-CF-6370.**

The Court recommends to the Bureau of Prisons:
Due to the defendant's medical conditions, the Court recommends housing the defendant at FMC Butner.

The defendant remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

## SUPERVISED RELEASE

**NO NEW TERM IMPOSED.** Upon service of the sentence herein, the defendant is discharged from further jurisdiction of the Court in this case.

## RETURN

I have executed this judgment as follows:

__________________________________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

Defendant delivered on ____________________ to ________________________________________

at __________________________________________________, with a certified copy of this judgment.

_____________________________________________
UNITED STATES MARSHAL

By: __________________________________________
Deputy U.S. Marshal